UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| )  | |
| Plaintiff,    ) | 8:09CR57 |
| ) | |
| vs.    ) | **FINAL ORDER OF** |
| ) | **FORFEITURE** |
| ) | |
| CHRISTOPHER FRY,    ) | |
| ) | |
| Defendant.    ) | |

NOW ON THIS 15TH day of July, 2011, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture (Filing No. 48).  The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

1. On May 22, 2009, the Court entered a Preliminary Order of Forfeiture (Filing No. 25) pursuant to the provisions of Title 18, United States Code, Sections 922(g)(9), 924(d) and Title 28, United States Code, Section 2461(c), based upon the Defendant's plea of guilty to Counts I and II of the Indictment filed herein.  By way of said Preliminary Order of Forfeiture, the Defendant's interest in a Daisy Company .22 caliber rifle, serial number AB0022708, was forfeited to the United States.

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on March 20, 2011, as required by Rule G(4)(a)(iii)(B) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on July 13, 2011 (Filing No. 47).

3. The Court has been advised by the United States no Petitions have been filed.  From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the Daisy Company .22 caliber rifle, serial number AB0022708, held by any person or entity, is hereby forever barred and foreclosed.

C. The Daisy Company .22 caliber rifle, serial number AB0022708, be, and the same hereby is, forfeited to the United States of America.

D. The United States Bureau of Alcohol, Tobacco, Firearms, and Explosives for the District of Nebraska is directed to dispose of said property in accordance with law.

DATED this 15th day of July, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
**JOSEPH F. BATAILLON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**